UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| J.P. Bryan, et al., § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| versus § | | Civil Action H-14-2439 |
| § | | |
| LaPorte, A Professional Accounting § | | |
| Corporation, § | | |
| § | | |
| Defendant. § | | |

---

| | | |
|---|---|---|
| Rodney Tow, trustee, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| versus § | | Civil Action H-15-637 |
| § | | |
| LaPorte, A Professional Accounting § | | |
| Corporation, § | | |
| § | | |
| Defendant. § | | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-14-2439. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action 14-2439, *J.P. Bryan, et al. v. LaPorte, A Professional Accounting Corporation*. Use only this style and number.

Signed on March 30, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge