UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| J.P. Bryan, et al., | § | |
| Plaintiffs, | § § § | |
| versus | § § | Civil Action H-14-2439 |
| LaPorte, A Professional Accounting Corporation, et al., | § § § § | |
| Defendants. | § | |

---

| | | |
|---|---|---|
| J.P. Bryan, et al., | § § | |
| Plaintiffs, | § § | |
| versus | § § | Civil Action H-15-1787 |
| Garrison Municipal Partners, LP, et al., | § § § | |
| Defendants. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-14-2439. The case subsumed by consolidation ceases to have an independent identity. The unified case will pend as Civil Action 147-2439, *J.P. Bryan, et al., v. LaPorte, A Professional Accounting Corporation, et al.* Use only this style and number.

Signed on August 3, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge