UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J.P. BRYAN, *ET AL.*, | § | |
|   *PLAINTIFFS*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-CV-02439 |
| | § | |
| LAPORTE, A PROFESSIONAL ACCOUNTING | § | JURY TRIAL DEMANDED |
| CORPORATION, | § | |
|   *DEFENDANT*. | § | |

## NOTICE TO COURT IN COMPLIANCE WITH COURT'S ORDER (DKT # 74)

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Trustee Rodney Tow, Third-Party Defendants Charles Monroe Garrison and Gregory P. Mount, and Defendant/Third-Party Plaintiff LaPorte, A Professional Accounting Corporation (LaPorte), file this Notice to the Court in Compliance with the Court's Order (Dkt # 74), and would respectfully show the Court as follows:

## I.
## Background

Plaintiffs (J.P. Bryan, Margaret Vonder Hoya and the other individuals and entities which originally sued LaPorte in Texas state court) and Rodney Tow (Tow) as Trustee for Garrison Municipal Partners, LP (GMP), have reached an agreement with LaPorte to resolve all issues between these parties. A settlement agreement has been signed by the parties and LaPorte has met its requirements under the settlement agreement. Plaintiffs and Tow have also resolved their issues concerning the split of settlement proceeds and Tow has submitted the proposed settlement to

Judge Karen Brown in Cause No. 14-32867 Chapter 7, *In re: Garrison Municipal Partners, LP* (the "Bankruptcy Matter"). Once Judge Brown approves the proposed settlement, the parties in this case will be able to dismiss the settled claims in the case at bar.

## II.
## Notice to the Court

On July 20, 2017, Judge Hughes signed an Extension Order (Dkt # 78) which set a deadline of September 15, 2017, for the parties to advise the Court which claims are resolved by their settlement agreement. Pursuant to this Order, the parties advise that the following claims will be resolved by the Settlement Agreement:

1.) All claims by asserted by Plaintiffs against LaPorte,

2.) All claims asserted by Tow against LaPorte, and

3.) All claims asserted by LaPorte against Charles Monroe Garrison and Gregory P. Mount, as well as all responsible third-party allegations against GMP, Garrison Capital Management, LLC, and CMG Management, LP.

Once Judge Brown approves the settlement agreement in the Bankruptcy Proceeding and the parties submit the appropriate dismissal documents in the case at bar, the only claims that will remain are those claims by and between Plaintiffs, Tow, and Charles Monroe Garrison.

### III.
### CONCLUSION

The parties submit this Notice to the Court in compliance with the Court's

Order (Dkt # 74).

Respectfully submitted,

ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

*/s/ Mark B. Rabe*

_____

**Gregg S. Weinberg**
Attorney-in-Charge
Texas State Bar No. 21084150
Federal Bar No. 6799
**Ross Asher**
Texas State Bar No. 01374360
Federal Bar No. 9900
**Mark B. Rabe**
Texas State Bar No. 24070461
Federal Bar No. 1078787
2800 Post Oak Blvd, 57th Floor
Houston, TX 77056
Telephone: (713) 840-1666
Facsimile: (713) 840-9404
gweinberg@rmwbhlaw.com
rasher@rmwbhlaw.com
mrabe@rmwbhlaw.com
**ATTORNEYS FOR LAPORTE, A
PROFESSIONAL ACCOUNTING
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

*Via ECF*
Eric Lipper
Michael J. Durrschmidt
Melissa N. Sternfels
Hirsch & Westheimer, PC
The Wedge International Tower
1415 Louisiana, 36th Floor
Houston, TX 77002
*Counsel for the J.P. Bryan, et al.*
*Plaintiffs and Third-Party Defendant*
*Gregory P. Mount*

*Via ECF*
Dwayne R. Day
Dwayne R. Day, P.C.
3401 Allen Parkway, Suite 100
Houston, TX 77019
*Counsel for Defendant/Third-Party*
*Defendant Charles Monroe Garrison and*
*Defendant CMG Advisors, LP*

*Via ECF*
Timothy Micah Dortch
R. Brent Cooper
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
*Counsel for Plaintiff Rodney Tow*

*Via ECF*
Mark Rome
The Rome Law Firm
3401 Allen Parkway, Suite 100
Houston, TX 77019
*Counsel for Defendant/Third-Party*
*Defendant Charles Monroe Garrison and*
*Defendant CMG Advisors, LP*

*Via ECF*
Christopher D. Lindstrom
Cooper & Scully, P.C.
700 Louisiana, Suite 3850
Houston, TX 77002
*Counsel for Plaintiff Rodney Tow*

*/s/ Mark B. Rabe*

_____
Gregg S. Weinberg / Mark B. Rabe